IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) Criminal No.: 1:01-cr-00011-MBC |
| SHANNON MATHIS, | ) |
| DEFENDANT. | ) |

**TYPE OF PLEADING:**

MOTION TO WITHDRAW AS COUNSEL

**TO BE FILED ON BEHALF OF:**

SHANNON MATHIS

**ATTORNEY OF RECORD:**

BRUCE A. ANTKOWIAK, ESQ.
PA I.D. NO.: 25506

900 LOCUST STREET
HANLEY HALL
PITTSBURGH, PA 15282

[412] 396-5846

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VI. | ) **Criminal No.:  1:01-cr-00011-MBC** |
| | ) |
| SHANNON MATHIS, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL**

AND NOW, comes undersigned counsel, BRUCE A. ANTKOWIAK, ESQUIRE, and respectfully requests that this Honorable Court withdraw the Order appointing undersigned counsel in this matter. In support thereof, the following is respectfully set forth:

1.   Counsel was originally appointed to represent the Defendant on July 17, 2001, and did so through a sentencing hearing held in January, 2004.

2.   Counsel is currently a full time faculty member at Duquesne University School of Law and is unable, due to his commitments to the University, to continue to represent the Defendant at this time.

WHEREFORE, it is prayed that the undersigned be permitted to withdraw and that new counsel be appointed immediately.

RESPECTFULLY SUBMITTED,

s/Bruce A. Antkowiak
Bruce A. Antkowiak
PA I.D. No.:  25506