03/09/2008 22:44 8144649637 US: DISTRICT COURT C PAGE 03
Case 1:01-cr-00011-MBC   Document 75   Filed 03/10/2008   Page 1 of 2

Case 1:01-cr-00011-MBC   Document 73   Filed 03/06/2008   Page 1 of 2

Prob 12
(Rev. 3/88)

## UNITED STATES DISTRICT COURT
### For The
### WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. SHANNON LAMONT MATHIS**         **DOCKET NO. 01-00011-001 ERIE**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shannon Lamont Mathis, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 28th day of January 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall refrain from the unlawful use of a controlled substance.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall pay a special assessment of $100.

01-28-02:   Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base; Original sentence, Judge Maurice B. Cohill, Jr., Erie, Pennsylvania, 121 months' imprisonment with 5 years' supervised release to follow.

01-29-04:   Resentenced by Judge Maurice B. Cohill to 56 months' incarceration. All original conditions of the original sentence remain in effect.

07-29-05:   Released to supervision; Currently supervised by U. S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your petitioner reports that the offender violated the following conditions:

**The defendant shall not commit another federal, state, or local crime.**

On September 21, 2006, the defendant was arrested by the Erie Police Department and was indicted in this district for Possession With Intent to Distribute 5 or More Grams of Cocaine Base and Possession With Intent to Deliver a Mixture and Substance Containing a Detectable Amount of Cocaine. On July 7, 2007, the defendant was found guilty by jury and was sentenced by U.S. District Judge Sean J. McLaughlin in the Western District of Pennsylvania, Criminal No. 06-00059-001 Erie, on February 27, 2008, and received 185 months' incarceration on both counts with 8 years' supervised release to follow.

U.S.A. vs. SHANNON LAMONT MATHIS
Docket No. 01-00011-001
Page 2

**The defendant shall not illegally possess a controlled substance.**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

The defendant submitted urine samples on August 23, 2005, and September 2, 2005, that tested positive for opiates and cocaine, respectively. On May 30, 2006, the defendant submitted a urine sample that tested positive for marijuana.

**The defendant shall participate in a program of testing, and if necessary, treatment for substance abuse, as directed by the probation officer.**

On May 11, 2006, the defendant was discharged unsuccessfully from Gaudenzia/Crossroads of Erie due to lack of attendance.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 2, 2nd Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _May 5, 2008_ at _2:30 P.M._ to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered _10th_ day of _March_, _2008_ and ordered filed and a part of the records in the above case.

_Maurice B. Cohill, Jr._
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 4, 2008

_Matthew L. Rea_
U.S. Probation Officer

_Stephen A. Lowers_
Supervising U.S. Probation Officer

Place:   Erie, PA

**FILED**

MAR - 6 2008

CLERK, U.S. DISTRICT COURT