IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) Criminal No.: 1:01-cr-00011-MBC |
| | ) |
| SHANNON MATHIS, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER**

AND NOW, to-wit, this 12th day of March ____, 2008, it is hereby ORDERED that Attorney Bruce A. Antkowiak is granted leave to withdraw.

New counsel for the Defendant shall be named by separate Order of Court.

_____
THE HONORABLE MAURICE B. COHILL, JR.
UNITED STATES DISTRICT COURT JUDGE