# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.

vs. Shannon Mathis

Defendants

CR. 01-11E

HEARING ON Supervised Release Violation

Before J. Cahill

M. Piccinini _____ J. Mead _____

Appear for Plaintiff _____ Appear for Defendant

Hearing Begun 5-6-08 at 1:42 PM   Hrg Adjourned to _____

Hrg concluded C.A.V. 5-6-08 at _____   Stenographer J. Ferguson

Clerk: B. Marzjne

WITNESSES

For Plaintiff _____ For Defendant

∆'s criminal history is IV. Most serious violation is a Grade A violation. Advisory guideline range is 37-46 months of imprisonment. Supervised release revoked. Court imposes a sentence of 46 months imprisonment at count one to run consecutive to the sentence imposed by J. McLaughlin at CR No. 06-59E. No term of supervised release imposed.