AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _Pennsylvania_

## EXHIBIT AND WITNESS LIST

US v. Shannon Mathis

Case Number: CR 01-11E

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohill | M. Picinnini | J. Mead |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hearing 5-6-08 | J. Ferguson | B. Maizina |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5-6-08 |  |  | Matthew Rea |
| 1 |  | 5-6-08 | X | X | Judgment + Commitment Order - CR |
| 2 |  | 5-6-08 | X | X | Judgment + Commitment Order - CR 06-59 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages